IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

MICHAEL C. BURT

        Debtor.                                      Case No.  09-36136-KRH
                                                                                 Chapter 13

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

Pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure, the law firm of Wolcott Rivers Gates enters its appearance on behalf of GMAC Inc. ("GMAC"), a secured creditor in the above-captioned case.

Pursuant to Bankruptcy Rule 2002(g), GMAC requests that notice of all matters specified in Rule 2002 of the Federal Rules of Bankruptcy Procedure, or otherwise directed to or affecting interested parties, including, without limitation, any and all notices of any application, motion, petition, pleading, request, complaint or demand, whether given in writing, telephonically or otherwise, be sent to the following address:

                Carl A. Eason, Esquire
                Wolcott Rivers Gates
                Convergence Center IV
            301 Bendix Road, Suite 500
             Virginia Beach, VA 23452
            Telephone: (757) 497-6633
            Telecopier: (757) 490-1859

If applicable, GMAC further requests that copies of all proposed Chapter 13 plans and modifications of amendments thereto, together with any accompanying notices, be mailed to it at the address set forth above.

Carl A. Eason, Esquire
Counsel for GMAC
Wolcott Rivers Gates
Convergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452
(757) 497-6633
VSB# 18636

GMAC INC.


By   /s/ Carl A. Eason
   Of Counsel

**NOTICE:**   This Notice of Appearance does not authorize Wolcott Rivers Gates to accept service of process on behalf of GMAC.  For service of process you are directed to GMAC's registered agent of record in the State Corporation Commission.

CERTIFICATION OF SERVICE

I hereby certify that on the 13th day of November, 2009, a true copy of the foregoing Notice of Appearance and Request for Notices was mailed or electronically transmitted to Richard James Oulton, Esquire, 111 Highland Avenue, 2807 N. Parham Road, Suite 107, Colonial Heights, VA 23834, counsel for debtor; to Robert E. Hyman, Esquire, P.O. Box 1780, Richmond, VA 23218-1780, Trustee; and to the debtor, 16517 Hwy 47, Chase City, VA 23924.

   /s/ Carl A. Eason
