IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

_____

Michael C. Burt                             Case No.  09-36136-KRH
                                            Chapter 13

_____


DEBTOR'S ANSWER TO GMAC INC's OBJECTON TO CONFIRMATION
OF CHAPTER 13 PLAN

    Now comes the Debtor in this matter, by counsel, and as and for his answer to the Objection of GMAC, Inc. (hereinafter "GMAC") confirmation of Debtor's Chapter 13 Plan filed on November 14, 2008, says as follows:

1. That the valuation of the vehicle at $19,000.00 is reasonable based on its present condition.

2. That the following repairs and or maintenances needs to be done to the vehicle:

    a. Windshield replacement - $284.19

    b. Body Work - $2,724.16

    c. Replace missing hub cap - $83.21

    d. Replace worn tires - $913.20

    e. Perform required 60,000 mile service - $764.95

WHEREFORE, Debtor respectfully moves the Court that the Objection to Confirmation to his Chapter 13 Plan be denied.

                                      Respectfully submitted:
                                      Michael C. Burt

                                      BY:  /s/ Linda D. Jennings
                                            Linda D. Jennings,   Counsel

Linda D. Jennings, VSB#19455
Richard J. Oulton, VSB#29640
The Oulton Law Firm, PLLC
2807 N. Parham Road, Suite 107
Richmond, VA 23294
(804) 747-7707
Fax: (804) 747-7706

Certificate of Service

       I certify that on the 20th day of November, 2009, a copy of the foregoing Answer was delivered by first class mail, postage prepaid, via e-mail or fax to the following parties:

Carl A. Eason, Esquire
Wolcott Rivers Gates
Covergence Center IV
301 Bendix Road, Suite 500
Virginia Beach, VA 23452