UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 09-36136-KRH |
| MICHAEL C. BURT | ) | |
| | ) | CHAPTER 13 |
| | ) | |
| Debtor(s) | ) | |
| _____ | ) | |

CITIZENS COMMUNITY BANK

                                              Plaintiff

Vs.

MICHAEL C. BURT                           Debtor(s)


ANSWER TO MOTION FOR RELIEF FROM AUTOMATIC STAY

Now comes the Debtor(s) in this matter, by counsel, and as and for Debtor(s)
Answer to the PLAINTIFF's Motion for Relief from Automatic Stay filed on September
10, 2010, says as follows:

1. That he admits the allegations contained in paragraphs 1, 2, 3, 4, 5, 6, 7, 8 and
   11 of Plaintiff's Motion.
2. He neither admits nor denies the allegations contained in paragraphs 9, 10 and
   12 of Plaintiff's Motion.
3. That he has undertaken to cure the arrears in the case.

WHEREFORE, Debtor(s) respectfully move the Court that the Motion be denied.

                              Respectfully submitted:
                              MICHAEL C. BURT

                              BY:  /s/ Linda D. Jennings
                                        Counsel

Linda D. Jennings, VSB#19455
Richard J. Oulton, VSB#29640
The Debt Law Group, PLLC
111 Highland Avenue
Colonial Heights, VA 23834
Phone: (804) 506-0177
fax: (804) 201-4707

Certificate of Service

I certify that on September 10, 2010, I sent a true copy of the foregoing Answer by first class mail, postage prepaid, via e-mail or fax to the following parties:

Jennifer J. West, Esquire
Spotts Fain PC
411 E. Franklin Street, Ste. 600
Richmond, VA 23219

Robert E. Hyman, Chapter 13 Trustee
P. O. Box 1780
Richmond, VA   23219-1780

/s/ Linda D. Jennings
Linda D. Jennings