UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                            )
                                                  )          CASE NO. 09-36136-KRH
Michael C. Burt                                   )
                                                  )          CHAPTER 13
                                                  )
          Debtor(s)                               )
_____                   )

## NOTICE OF OBJECTION TO CLAIM

    <u>Linda D. Jennings and The Debt Law Group, PLLC</u> have filed an objection to your claim in this bankruptcy case.

    **Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one.**

    If you do not want the court to eliminate or change your claim, then on or before <u>December 7, 2010,</u> you or your attorney must:

    File with the court, at the address below, a written response to the objection and a request for a hearing. **Unless a written response is filed and served by the date specified, the court may decide that you do not oppose the objection to your claim.** If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

        Clerk of Court
        United States Bankruptcy Court
        701 E. Broad Street
        Richmond, VA 23219

You must also mail a copy to:

        Linda D. Jennings, Esq.
        The Debt Law Group, PLLC
        111 Highland Avenue
        Colonial Heights, VA 23834

☐    Attend the hearing on the objection scheduled to be held on _____
_____ at _____ ____m. at United States
Bankruptcy Court, _____
_____.

| X | Attend a hearing to be scheduled at a later date. You will receive separate notice of hearing. **If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.** |
|---|---|

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Date:  11/8/2010

/s/ Linda D. Jennings  
Linda D. Jennings, VSB#19455  
The Debt Law Group, PLLC  
111 Highland Avenue  
Colonial Heights, VA 23834  
804-506-0177 (ph)  
804-201-4707 (fax)  
Counsel for Debtor

**Certificate of Service**

I certify that on November 8, 2010 a copy of this Notice of Objection to Claim was mailed, first class, postage prepaid, faxed or electronically transmitted to Robert E. Hyman, Chapter 13 Trustee, P. O. Box 1780 Richmond, VA   23219-1780, The U.S. Trustee, 701 E. Broad Street, Suite 4304, Richmond, VA 23219, <u>Komatsu Financial Limited Partnership</u>, <u>c/o Ryan O. Lawlor, Esq., Vedder Price P.C., 222 North LaSalle Street, Suite 2600, Chicago, Illinois 60601-1003</u>, and all other necessary parties.

/s/ Linda D. Jennings  
Linda D. Jennings

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                        )
                                              )      CASE NO. 09-36136-KRH
Michael C. Burt                               )
                                              )      CHAPTER 13
                                              )
        Debtor(s)                             )
                                              )

### Objection to Claim

The objecting party objects to the following claim in this case:

Claimant's Name: Komatsu Financial Limited Partnership

Claim #:    14                                  Amount  $141,298.14


DETAILED BASIS OF OBJECTION INCLUDING GROUNDS FOR OVERCOMING ANY PRESUMPTION UNDER RULE 3001(f):

1. Claimant has stated in is Addendum to Proof of Claim that the accelerated amount due under the Loan Documents, "As of the Petition Date" is $141,298.14 including attorney's fees of $12,217.43.

2. Debtor contends that said attorney's fees were not incurred as of the Petition Date, that the amount owed as of the date he filed his Petition was $129,080.71.

3. Debtor further contends that said attorney's fees are not reasonable.


                                              /s/ Linda D. Jennings
DATED:  11/8/2010                    **Linda D. Jennings**
                                              111 Highland Avenue
                                              Colonial Heights, VA 23834
                                              804-506-0177 (ph)
                                              804-201-4707 (fax)
                                              VSB # 19455

**Certificate of Service**

      I certify that on November 8, 2010 a copy of this Objection was mailed, first class, postage prepaid, faxed or electronically transmitted to <HYMAN/BATES>, The U.S. Trustee, 701 E. Broad Street, Richmond, VA 23219, Komatsu Financial Limited Partnership, c/o Ryan O. Lawlor, Esq., Vedder Price P.C., 222 North LaSalle Street, Suite 2600, Chicago, Illinois 60601-1003, and all other necessary parties.

                                                          /s/ Linda D. Jennings
                                                            Linda D. Jennings

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

IN RE:                                            )
                                                  )    CASE NO. 09-36136-KRH
Michael C. Burt                                   )
                                                  )    CHAPTER 13
                                                  )
        Debtor(s)                                 )
_____                   )

**Proposed Order**

There having been no opposition to the herein objection to claim number 14  the claim of Komatsu Financial Limited Partnership in the amount of $141,298.14 and the Court having considered the objection and determined the sufficiency of the claim, it is hereby

**ORDERED** the claim is:

☐    DISALLOWED

☐    ALLOWED AS A TIMELY FILED CLAIM IN THE
     AMOUNT OF $_____

☐    ALLOWED AS A TARDILY FILED CLAIM IN THE
     AMOUNT OF $_____

☒    OTHER: MODIFIED AS FOLLOWS:
     Secured Amount: $129,080.71
     Unsecured Amount: $12,217.43

I ask for this:

/s/ Linda D. Jennings_____
Linda D. Jennings, VSB#19455
Counsel for Debtor


Entered on Docket _____


                                        _____
                                        U.S. Bankruptcy Judge

## CERTIFICATE OF SERVICE

I certify that on November 8, 2010 a copy of this Proposed Order was mailed, first class, postage prepaid, faxed or electronically transmitted to <HYMAN/BATES>, The U.S. Trustee, 701 E. Broad Street, Richmond, VA 23219, Komatsu Financial Limited Partnership, c/o Ryan O. Lawlor, Esq., Vedder Price P.C., 222 North LaSalle Street, Suite 2600, Chicago, Illinois 60601-1003, and all other necessary parties.

                                              /s/ Linda D. Jennings_____
                                              Linda D. Jennings