Ryan O. Lawlor
VEDDER PRICE P.C.
222 N. LaSalle, Suite 2600
Chicago, IL 60601
(312) 609-7500
(312) 609-5005
rlawlor@vedderprice.com

– and –

Lori M. Scott (VSB No. 77304)
McGUIREWOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
Telephone: (804) 775-1125
Facsimile:  (804) 775-1061
E-mail:  lscott@mcguirewoods.com

*Attorneys for Komatsu Financial Limited Partnership*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re: | ) | Chapter 13 |
| | ) | |
| MICHAEL C. BURT, | ) | Case No. 09-36136-KRH |
| | ) | |
| Debtor. | ) | Judge Kevin R. Huennekens |
| | ) | |

**ORDER GRANTING MOTION FOR LEAVE OF COURT TO
ATTEND HEARING ON DECEMBER 1, 2010 BY TELEPHONE**

Upon consideration of the Motion of Komatsu for leave of court to attend the hearing on December 1, 2010 by telephone(the "Motion"), and it appearing that the Motion has been served on all necessary parties and sufficient notice having been given, and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion is GRANTED.  Ryan O. Lawlor is permitted to appear and be heard by telephone at the Hearing on December 1, 2010, on behalf of Komatsu.  All terms not specifically defined herein shall have the meaning attributed to them in the Motion.

Dated:      Richmond, Virginia
            November ___, 2010

_____
_____
KEVIN R. HUENNEKENS
UNITED STATES BANKRUPTCY JUDGE

WE ASK FOR THIS:

/s/ Lori M. Scott
Lori M. Scott
MCGUIRE WOODS LLP
One James Center
901 East Cary Street
Richmond, VA 23219
(804) 775-1125
(804) 775-1061
lscott@mcguirewoods.com

-and-

Ryan O. Lawlor
VEDDER PRICE P.C.
222 N. LaSalle, Suite 2600
Chicago, IL 60601
(312) 609-7500
(312) 609-5005
rlawlor@vedderprice.com

*Attorneys for Komatsu Financial Limited Partnership*

## **CERTIFICATION OF ENDORSEMENT UNDER LOCAL RULE 9022-1(C)**

I hereby certify that the foregoing order has been served upon all necessary parties receiving notification through the through the Court's ECF system and via first-class mail on the following:

| | |
|---|---|
| Michael C. Burt<br>16517 Hwy 47<br>Chase City, VA 23924<br><br>*Debtor* | Robert E. Hyman<br>P. O. Box 1780<br>Richmond, Virginia 23218<br><br>*Chapter 13 Trustee* |
| Linda D. Jennings<br>The Debt Law Group, PLLC<br>2807 N. Parham Rd, Suite 107<br>Richmond, VA 23294<br><br>*Counsel to the Debtor* | Richard James Oulton<br>The Debt Law Group, PLLC<br>111 Highland Ave.<br>Colonial Heights, VA 23834<br><br>*Counsel to the Debtor* |

             */s/ Lori M. Scott*
             Lori M. Scott